# EXHIBIT A

# Grievance Form

| LOCAL NO. | DISTRICT NO. | UNIT NO. | DATE | GRIEVANCE NO. |
|---|---|---|---|---|
| 422 | 9A | 3133 | 8/30/2024 | |

**Boston PDC**

| GRIEVANT: Last Name, Initials | Dept No | Clock No | Shift |
|---|---|---|---|
| UAW Local 422 | 6723 | | |

**NATURE OF GRIEVANCE**
U.S. Investment

**Contract Section Or Local Agreement Involved, If Any**
National Agreement - Letter (311)

| | Date Held | Mgt. Rep Name | Union Rep Name |
|---|---|---|---|
| DISCUSSION 1 | 8/30/2024 | Ray Dziedzic | Justin Blanchard |
| DISCUSSION 2 | 8/30/2024 | Ray Dziedzic | Justin Blanchard |

This grievance is written against management for violation of, but not limited to, Letter (311) "U.S. Investment" of the National Agreement. The Company has informed the Union that it will not launch the Belvidere Consolidated Mopar Mega Hub in 2024, it will not begin stamping operations for the Belvidere Mega Hub in 2025, and it will not begin production of a midsize truck in Belvidere in 2027. The Company's failure to plan for, fund and launch these programs constitute a violation of the U.S. Investment letter in the P&M and OC&E Collective Bargaining Agreements. During 2023 National Negotiations, the parties agreed to the investment plan for Belvidere to address job security concerns impacting bargaining unit members throughout the entire system. The Company's failure to honor its commitments in the U.S. Investment letter is a serious concern to all bargaining unit members.

**ADJUSTMENT REQUESTED**

The Union demands that the Company rescind its decision to push back the above-referenced launches and immediately plan for and fund the Belvidere investments in order to comply with the agreed upon timeline for launching the Belvidere Mega Hub (2024), the Belvidere Stamping operation (2025) and Belvidere midsize truck production (2027).

**MANAGEMENT'S ANSWER** (include facts taken into account)

Grievance presented by Union Rep — Signature — Date 8/30/24
Grievance received by Mgt. Rep — Signature — Date 8/30/24

84-170-1623 (REV. 1/77)