UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FCA US LLC,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>The International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) and UAW Local 422,<br><br>　　　　　　　Defendants. | Case No.: 1:24-cv-12557 |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff FCA US LLC, by and through their undersigned counsel, hereby submit the following corporate disclosure statement:

FCA US LLC is wholly owned by FCA North America Holdings LLC.

FCA North America Holdings LLC is wholly owned by FCA Holdco B.V.

FCA Holdco B.V. is wholly owned by Stellantis N.V. (formerly known as Fiat Chrysler Automobiles N.V.), which is a publicly traded company.

Dated: October 4, 2024

**MORGAN, LEWIS & BOCKIUS LLP**

By: /s/ Joshua M. Adler
Joshua M. Adler, BBO# 706905
One Federal Street
Boston, MA 02110
Tel:　+1.617.341.7700
Fax:　+1.617.341.7701
joshua.adler@morganlewis.com

W. John Lee, *pro hac vice forthcoming*
2222 Market Street
Philadelphia, PA 19103-3007

Tel:  +1.215.963.5000  
Fax:  +1.215.963-5001  
w.john.lee@morganlewis.com

David Broderdorf, *pro hac vice forthcoming*  
1111 Pennsylvania Avenue, NW  
Washington, DC 20004-2541  
Tel:  +1.202.739.3000  
Fax:  +1.202.739.3001  
david.broderdorf@morganlewis.com

Attorneys for Plaintiff  
FCA US LLC

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 4, 2024.

/s/ *Joshua M. Adler*
Joshua M. Adler