# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **FCA US LLC** | |
| *Plaintiff* | |
| v. | Civil Action No.: **1:24−CV−12557−IT** |
| **THE INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW), ET AL.** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

The International Union, United Automobile, Aerospace and Agricultural Implement Workers of America
8000 E. Jefferson Ave.
Detroit, MI  48214

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −−− or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −−− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua M. Adler
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, MA  02110

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ROBERT M. FARRELL**

*CLERK OF COURT*

 **/s/ − Courtney Horvath**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2024−10−04 16:34:36**, Clerk USDC DMA

Civil Action No.: 1:24-CV-12557-IT

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __UAW__

was received by me on (date) __10-17-24__.

☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____

_____, a person of suitable age and discretion who resides there,

on (date) _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on (name of individual) __Nicholas Caldwell__, who is

designated by law to accept service of process on behalf of (name of organization) _____

__UAW__ on (date) __10-18-24__; or

__11:57AM__

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify) :

My fees are $ __0__ for travel and $ __45__ for services, for a total of $ __45__.

I declare under penalty of perjury that this information is true.

__10-18-24__
Date

Server's Signature

__Ty Bailey - Process Server__
Printed name and title

__607 Shelby St #700 Detroit, MI 48226__
Server's Address

Additional information regarding attempted service, etc:

Nicholas Caldwell
Associate General Counsel

10/18/2024