# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**FCA US LLC**

*Plaintiff*

v.

**THE INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW), ET AL.**

*Defendant*

Civil Action No.: **1:24−CV−12557−IT**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

UAW Local 422
550 Forbes Blvd.
Mansfield, MA  02048

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua M. Adler
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, MA  02110

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ROBERT M. FARRELL**

*CLERK OF COURT*

**/s/ – Courtney Horvath**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2024−10−04 16:34:36**, Clerk USDC DMA

Civil Action No.: **1:24-CV-12557-IT**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) **UAW LOCAL 422**
was received by me on (date) **10/17/2024**.

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____ , a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) **MICHAL HOHMANN** , who is
designated by law to accept service of process on behalf of (name of organization) _____
**UAW, LOCAL 422** on (date) **10/18/2024** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify) :

My fees are $ **85** for travel and $ **—** for services, for a total of $ **85 —** .

I declare under penalty of perjury that this information is true.

**10/18/2024**
Date

Server's Signature
**Charles E Castro**
Constable
*Printed name and title*

**Constables Office of Massachusetts**
**855 Bedford Street**
**Suite 4**
**Bridgewater, MA 02324**
*Server's Address*

Additional information regarding attempted service, etc:

SERVED IN HAND ON LOCAL 422 PRESIDENT MICHAEL HOHMANN @ 550 FORBES BLVD, MANSFIELD MA 02048. SERVED COPIES OF SUMMONS, COMPLAINT EXIBIT A, CIVIL COVER SHEET, CATEGORY FORM.